**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178-0060
Melissa D. Hill
     Phone: (212) 309-6000
     Fax: (212) 309-6001
melissa.hill@morganlewis.com

1701 Market Street
Philadelphia, Pennsylvania 19103-2921
Brian T. Ortelere
     Phone: (215) 963-5000
     Fax: (215) 963-5001
brian.ortelere@morganlewis.com

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK MILANO, ROBERT CAMERON, RODNEY HERGENRADER, KATHERINE H. JONCAS and CHARLES VAN HOOSER, Individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION, THE BOARD OF DIRECTORS OF COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION, THE 401(K) INVESTMENT COMMITTEE OF COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION and JOHN DOES 1-30.<br><br>          Defendants | Case No.: 2:20-cv-17793<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS**<br><br>Return Date: March 15, 2021<br><br>*Electronically Filed* |

**TO:** Donald R. Reavey  
Capozzi Adler, P.C.  
2933 North Front Street  
Harrisburg, PA 17110  
Phone: (717) 233-4101  
Fax: (717) 233-4103  
Email: donr@capozziadler.com

Mark K. Gyandoh  
Capozzi Adler, P.C.  
312 Old Lancaster Road  
Merion Station PA 19066  
Phone: (610) 890-0200  
Fax: (717) 233-4103  
Email: markg@capozziadler.com

**COUNSEL:**

**PLEASE TAKE NOTICE** that on March 15, 2021, at 9:00 A.M., or a date and at a time designated by the Court, Cognizant Technology Solutions U.S. Corporation ("Cognizant"), the Board of Directors of Cognizant, and the 401(K) Investment Committee of Cognizant (collectively "Defendants"), by their undersigned counsel, will move this Court for an Order dismissing the Class Action Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6).

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Defendants shall rely on the accompanying Memorandum of Law and the exhibits attached to the Declaration of Melissa D. Hill.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Rule 7.1(e), a proposed order is submitted together with this motion.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP  
*Counsel for Defendants*

Dated:  February 16, 2021	/s/ Melissa D. Hill
Melissa D. Hill
Brian T. Ortelere*

101 Park Avenue
New York, New York 10178-0060
Phone: (212) 309-6000
Fax: (212) 309-6001
melissa.hill@morganlewis.com

1701 Market Street
Philadelphia, Pennsylvania 19103-2921
Phone: (215) 963-5000
Fax: (215) 963-5001
brian.ortelere@morganlewis.com

*Admitted Pro Hac Vice

## **CERTIFICATE OF SERVICE**

I, Melissa D. Hill, hereby certify that on February 16, 2021, a true and correct copy of the foregoing Notice of Motion and supporting documents were served on the counsel of record listed below via the Court's CM/ECF system:

*/s/ Melissa D. Hill*
Melissa D. Hill

Mark K. Gyandoh
Capozzi Adler, P.C.
312 Old Lancaster Road
Merion Station PA  19066
Phone: (610) 890-0200
Fax: (717) 233-4103

Donald R. Reavey
Capozzi Adler, P.C.
2933 North Front Street
Harrisburg, PA  17110
Phone: (717) 233-4101
Fax: (717) 233-4103
Email: donr@capozziadler.com

*Counsel for Plaintiffs*