## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK MILANO, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION, et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 2:20-cv-17793-KM-ESK |

## JOINT STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS

Plaintiffs Mark Milano, Robert Cameron, Rodney Hergenrader, Katherine Joncas, and Charles Van Hooser (collectively "Plaintiffs") and Defendants Cognizant Technology Solutions U.S. Corporation ("Cognizant"), the Board of Directors of Cognizant, and the 401(k) Investment Committee of Cognizant (collectively, "Defendants") by and through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, on December 12, 2020, Plaintiffs filed a putative class action complaint against Defendants alleging claims under Sections 409 and 502 of the Employee Retirement Income Security Act ("ERISA") (ECF 1);

WHEREAS, on February 16, 2021, Defendants filed their motion to dismiss the class action complaint (the "Motion") (ECF 15-17);

WHEREAS, Plaintiffs intend to file a brief in opposition to the Motion, and Defendants intend to file a reply brief in support of the Motion;

WHEREAS, for good cause, the Parties, through their undersigned attorneys and subject to the Court's approval, have agreed to the following briefing schedule for the Motion.

1

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the respective parties, that:

1. Plaintiffs will file their opposition to the Motion on or before March 18, 2021.

2. Defendants will file their reply in support of the Motion on or before April 8, 2021.

Dated: February 17, 2020                              Respectfully submitted,

*/s/ Mark K. Gyandoh*                                  */s/ Melissa D. Hill*
CAPOZZI ADLER P.C.                                MORGAN, LEWIS & BOCKIUS LLP

Mark K. Gyandoh                                        Melissa D. Hill
312 Old Lancaster Road                             101 Park Avenue
Merion Station, PA 19066                          New York, NY  10178-0060
Tel.:  610-890-0200                                       Phone: (212) 309-6000
Email: markg@capozziadler.com              Fax: (212) 309-6001
                                                                      melissa.hill@moganlewis.com

Donald. R. Reavey*
2933 North Front Street                              Brian T. Ortelere*
Harrisburg, PA 17110                                  1701 Market Street
Tel.:  717-233-4101                                      Philadelphia, Pennsylvania 19103-2921
Email:  donr@capozziadler.com                Phone:  (215) 963-5000
                                                                       Fax:  (215) 963-5001
*Admitted Pro Hac Vice*                           brian.ortelere@morganlewis.com

*Counsel for Plaintiffs*                               *Admitted Pro Hac Vice*

                                                                   *Counsel for Defendants*

**IT IS SO ORDERED.**

 /s/ Kevin McNulty
The Honorable Kevin McNulty
 Date: February 22, 2021